IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**JOE HAND PROMOTIONS, INC.**                                                                 **PLAINTIFF**

v.                              **CASE NO. 3:23-CV-00220-BSM**

**HOUSE LLC, et al.**                                                                            **DEFENDANTS**

## JUDGMENT

Consistent with the order entered today, this case is dismissed with prejudice.

IT IS SO ORDERED this 27th day of August, 2025.

_____
UNITED STATES DISTRICT JUDGE